1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  ERIN A. CORNELL (CABN 227135)
   SLOAN HEFFRON (CABN 285347)
5  Assistant United States Attorneys

6       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
7       Telephone: (415) 436-7124
        Facsimile: (415) 436-7234
8       erin.cornell@usdoj.gov

9  Attorneys for United States of America

10                          UNITED STATES DISTRICT COURT

11                         NORTHERN DISTRICT OF CALIFORNIA

12                                SAN FRANCISCO DIVISION

13 | UNITED STATES OF AMERICA,        ) CASE NO. CR 18-00290 WHA
   |                                  )
14 |      Plaintiff,                  ) UNITED STATES' FOURTH AMENDED
   |                                  ) WITNESS LIST
15 |   v.                             )
   |                                  ) Trial: June 14, 2021
16 | ARMANDO DANIEL CALDERON,         )
   |                                  ) The Honorable William Alsup
17 |      Defendant.                  )
   |                                  )
18 |_____)

19       The government anticipates calling the witnesses listed below to testify in its case-in-chief. The

20 government may submit an amended witness list upon further review of the evidence and as new

21 evidence is discovered.

22

23 DATED: June 7, 2021                       Respectfully submitted,

24                                           STEPHANIE M. HINDS
                                             Acting United States Attorney
25

26                                            /s/
                                             ERIN A. CORNELL
27                                           SLOAN HEFFRON
                                             Assistant United States Attorneys
28

| Witness Name | Subject of Testimony |
|---|---|
| Victor Bertolozzi<br>Task Force Officer, DEA;<br>San Mateo County Sheriff's Office | Search of 223 Daphne Way.  Seizure of drugs and other evidence. |
| Jeff Boyce<br>Officer, Redwood City Police Department | Surveillance on 9/21/18.  Surveillance and investigation between 8/28/18 and 9/25/18. |
| Josh Brown<br>Task Force Officer, San Mateo County Narcotics Task Force;<br>San Mateo Police Department | Surveillance on 9/25/18.  Observed Calderon put methamphetamine in Mustang at 223 Daphne Way.  Search of 223 Daphne Way.  Seizure of drugs and other evidence. |
| Edward Carboni<br>Officer, San Jose Police Department (formerly with San Jose State University Police Department) | 8/20/18 traffic stop.  Search of Calderon and vehicle.  Seizure of drugs, firearm, and other evidence. |
| Ariana Daggett<br>Task Force Officer, DEA; San Francisco Police Department | Search of 223 Daphne Way.  Seizure of drugs and other evidence. |
| Richard Daly<br>Special Agent, San Mateo County Narcotics Task Force | Surveillance and investigation between 8/27/18 and 9/25/18.  Seizure of drugs and other evidence. |
| Brian Fickes<br>Task Force Officer, DEA;<br>Santa Clara County Sheriff's Office | Surveillance and investigation between 8/28/18 and 9/25/18.  Search of 223 Daphne Way.  Seizure of drugs and other evidence. |
| Shawn Foust<br>Special Agent, DEA | Search of 223 Daphne Way.  Seizure of drugs, including those found in Mustang, and other evidence. |
| Jenny Gaxiola<br>Sergeant, San Jose State University Police Department | 8/20/18 traffic stop.  Search of Calderon and vehicle.  Seizure of other evidence. |
| Tim Krapivkin<br>Officer, San Jose State University Police Department | 8/20/18 traffic stop.  Search of Calderon and vehicle. |
| Michael Leishman<br>Sergeant, San Mateo County Sheriff's Office | 8/28/18 controlled buy with Jimenez.  Surveillance and investigation between 8/28/18 and 9/25/18. |

| Chris Leddy<br>Deputy, San Mateo County Sheriff's Office | 8/28/18 controlled buy with Jimenez. 9/11/18 meeting between Jimenez, Calderon, and CI. Surveillance and investigation between 8/28/18 and 9/25/18. |
|---|---|
| Kevin Li<br>Special Agent, DEA | Initiation of investigation. Surveillance and investigation between 8/27/18 and 9/25/28. Contents of Coach purse seized from Calderon on 8/20/18. |
| DeFrance McLemore<br>Former Deputy, San Mateo County Sheriff's Office | 9/21/18 meeting between Jimenez, Calderon, and CI. Surveillance and investigation between 8/28/18 and 9/25/18. |
| Amanda Meier<br>Officer, California Highway Patrol | 8/28/18 controlled buy with Jimenez. Surveillance and investigation between 8/28/18 and 9/25/18. |
| Jason Reed<br>Deputy, San Mateo County Sheriff's Office | Surveillance and investigation on September 25, 2018. |
| Edward Soares<br>Sergeant, Menlo Park Police Department | 9/25/18 search of Scion and silver BMW X5. Seizure of drugs and other evidence. |
| Daniel Tush<br>Special Agent, DEA | 9/25/18 search of Scion and silver BMW X5. Seizure of drugs and other evidence. |
| Trinita Verano<br>Special Agent, DEA | Search of 223 Daphne Way. Seizure of drugs and other evidence. |
| Antonio Villalobos<br>Detective, San Mateo County Sheriff's Office | Surveillance and investigation between 8/27/18 and 9/25/18. Live-time translation of conversations between CI and Jimenez and CI and Calderon. |
| Erik Wolf<br>Special Agent, DEA | Expert witness on subjects set forth in the government's July 23, 2019 Expert Witness Disclosure. |
| Melodie Yu<br>Criminalist, Santa Clara County District Attorney's Office Crime Laboratory | Testing of firearm seized from Calderon on 8/20/18. |
| Christopher Zonsius<br>Corporal, San Jose State University Police Department | 8/20/18 traffic stop. Search of Calderon and vehicle. Seizure of drugs, firearm, and other evidence. |

Additionally, absent stipulations between the parties, the government intends to call the following witnesses:

| Witness Name | Subject of Testimony |
|---|---|
| Steven L. Aliyetti<br>Forensic Chemist, DEA | Analysis of controlled substances found at 223 Daphne Way on 9/25/18 (Ex. 204). |
| Brittany C. Huntington<br>Senior Forensic Chemist, DEA | Analysis of controlled substances found in vehicle at 223 Daphne Way on 9/25/28 (Ex. 211). |
| Shana M. Irby<br>Senior Forensic Chemist, DEA | Analysis of controlled substances found in Calderon's truck on 8/20/18 (Ex. 25), as well as at 223 Daphne Way (Exs. 203 & 205). |
| Leonard Moore<br>Forensic Chemist, DEA | Analysis of controlled substances found in Calderon's truck on 8/20/18 (Ex. 24). |
| Minh Chau L. Nguyen<br>Forensic Chemist, DEA | Analysis of controlled substances found at 223 Daphne Way on 9/25/18 (Ex. 212). |
| Charmaine Qiu<br>Forensic Chemist, DEA | Analysis of controlled substances found at 223 Daphne Way on 9/25/18 (Exs. 208 & 209). |
| Brittany Thomas<br>Forensic Chemist, DEA | Analysis of controlled substances found at 223 Daphne Way on 9/25/18 (Ex. 206). |
| Chain of custody witnesses | Witnesses to establish chain of custody for drug, firearm, and other physical evidence. |
| Diana Autenrieth | Authentication of transcripts of 8/27/18, 8/28/18, 9/11/18, and 9/25/18. |
| Susana Gee | Authentication of transcript of 9/24/18 phone call. |
| Iris Griffith | Authentication of transcripts of 9/19/18 and 9/21/18. |