Law Office of Elizabeth Garfinkle,
State Bar Number No. 228536
P.O. Box 13172
Oakland, CA 94661
510-501-0542
lizgarfinkle@gmail.com

Attorney for Armando Daniel Calderon

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ARMANDO DANIEL CALDERON,<br><br>    Defendant. | CR-18-00290-WHO<br><br>**[P̶R̶O̶P̶O̶S̶E̶D̶] ORDER TO RELEASE AND TRANSMIT SEALED DOCUMENTS** |

GOOD CAUSE APPEARING, the motion to release and transmit to appellate counsel sealed documents is granted.

IT IS HEREBY ORDERED that:

- within _7_ calendar days of this order, copies of the requested sealed documents shall be transmitted to appellate counsel for Mr. Calderon;
- the documents shall be kept under seal for all other purposes.

Dated: February 28, 2022         _____
                                                    The Hon. WILLIAM ALSUP,
                                                    United States District Judge

ORDER TO RELEASE SEALED DOCUMENTS